[No. 23844-0-III.   Division Three.   December 19, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. SAUL ALEJANDRO GAMBOA, *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 04-1-00375-2, John M. Antosz and Evan E. Sperline, JJ., entered December 21, 2004, and February 15, 2005. *Affirmed* by unpublished opinion per Brown, J., concurred in by Sweeney, C.J., and Kulik, J.

[No. 24270-6-III.   Division Three.   December 19, 2006.]

EDWARD DAVIES ET AL., *Appellants*, v. EDWARD LANGSHAW ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Grant County, No. 03-2-00206-9, John M. Antosz, J., entered May 20, 2005. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Sweeney, C.J., concurred in by Kato and Kulik, JJ.

[No. 24572-1-III.   Division Three.   December 19, 2006.]

ROBERT J. WININGER, *Appellant*, v. NATIONAL CITY MORTGAGE, *Respondent*.

Appeal from a judgment of the Superior Court for Benton County, No. 05-2-01654-7, Cameron Mitchell, J., entered September 16, 2005. *Affirmed* by unpublished opinion per Sweeney, C.J., concurred in by Brown and Kulik, JJ.

[No. 23840-7-III.   Division Three.   December 21, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. HECTOR MARIO HERNANDEZ, *Appellant*.

Appeal from a judgment of the Superior Court for Franklin County, No. 04-1-50074-4, Cameron Mitchell and Dennis D. Yule, JJ., entered December 28, 2004, and February 15, 2005. *Affirmed* by unpublished opinion per Kato, J., concurred in by Brown and Kulik, JJ.